12/5/22

Via USPS First-Class Mail:

To:
LJ ROSS
P O BOX 1838
ANN ARBOR, MI 48103

From:
**Bernice Moore**
<span style="background:#ccc"> </span>

Re: Bernice Moore
Account No. XXXX
SSN: -8192
Phone:

To Whom It May Concern:

**Please note that I am represented by Recovery Law Group, APC, and Wajda & Associates, P.C. with regard to all of my debts.**

Any and all future communications should be sent to my attorneys at: **Recovery Law Group, 309 W.11th Street, Anderson, IN 46016, phone number (310) 997-0479. You must STOP all future direct or indirect communications with me.** The prohibited forms of communication are any correspondence by letter, cell phone, landline telephones, faxes, emails, text messages, direct contact and/or social media contacts of any type. This prohibition includes indirect contacts in any way including, but not limited to, contacting my present or any previous employer, family members, friends, or references that may have been given to you during any kind of application processes. This letter revokes prior express consent I may have given to you, your company or business, or any affiliate thereof, to contact me.

To the extent previously given, this letter revokes all prior express consent I may have given to place calls or text messages to my cell phone number listed above or any other number associated with my account(s}, using an automatic telephone dialing system.

Please be advised I dispute the debt you are attempting to collect. If anything should change, you will be contacted regarding the changes. Again, effective immediately, do not attempt to call or communicate with me at home, at work or at any other location. It is now prohibited.

Sincerely,

**Bernice Moore**

EXHIBIT 2

309 W.11th Street,
Anderson, IN 46016

LJ ROSS
P O BOX 1838
ANN ARBOR, MI 48103



12/7/22

Via USPS First-Class Mail:

To:
LJ ROSS
P O BOX 1838
ANN ARBOR, MI 48103

From:
**Bernice Moore**

Re: Bernice Moore
Account No. XXXX
SSN: -8192
Phone:

To Whom It May Concern:

**Please note that I am represented by Recovery Law Group, APC, and Wajda & Associates, P.C. with regard to all of my debts.**

Any and all future communications should be sent to my attorneys at: **Recovery Law Group, 309 W.11th Street, Anderson, IN 46016, phone number (310) 997-0479. You must STOP all future direct or indirect communications with me.** The prohibited forms of communication are any correspondence by letter, cell phone, landline telephones, faxes, emails, text messages, direct contact and/or social media contacts of any type. This prohibition includes indirect contacts in any way including, but not limited to, contacting my present or any previous employer, family members, friends, or references that may have been given to you during any kind of application processes. This letter revokes prior express consent I may have given to you, your company or business, or any affiliate thereof, to contact me.

To the extent previously given, this letter revokes all prior express consent I may have given to place calls or text messages to my cell phone number listed above or any other number associated with my account(s}, using an automatic telephone dialing system.

Please be advised I dispute the debt you are attempting to collect. If anything should change, you will be contacted regarding the changes. Again, effective immediately, do not attempt to call or communicate with me at home, at work or at any other location. It is now prohibited.

Sincerely,

**Bernice Moore**

309 W.11th Street,
Anderson, IN 46016

LJ ROSS
P O BOX 1838
ANN ARBOR, MI 48103

